1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   601 University Avenue, Suite 145
3  Sacramento, California  95825-6738
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  RYAN WELCH

7

8              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
9

10

| UNITED STATES OF AMERICA, | 2:23-CR-00123 JDP |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND TRIAL |
| RYAN WELCH, | |
| Defendant. | DATE:  May 15, 2023<br>TIME:  10:00 a.m.<br>JUDGE:  Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED BETWEEN the parties by and through their counsel of record, as follows:

1.  By previous order, this matter was scheduled for a trial confirmation hearing on May 15, 2023 at 10:00 a.m. with a trial scheduled for June 13, 2023 at 10:00 a.m.

2.  By this stipulation, the parties now jointly move to vacate the previous dates and set arraignment on June 12, 2023 at 10:00 a.m. on the Information that was just filed; and, to continue the Trial Confirmation Hearing to July 31, 2023 at 10:00 a.m. with trial to commence on August 22, 2023 at 11:00 a.m.

3.  Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the current trial schedule of defense counsel.  Counsel

for the defendant also believes that failure to grant the above-requested continuance would deny the defendant continuity of counsel.

4. The government does not object to the continuance.

5. Based on the above, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 11, 2023, to August 22. 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED:

DATED: MAY 11, 2023

/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
RYAN WELCH

DATED: MAY 11, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ Heiko P. Coppola*
HEIKO P. COPPOLA
Assistant U.S. Attorney
*Signed with permission

ORDER

IT IS SO ORDERED.

DATED: May 12, 2023

HON. JEREMY D. PETERSON
United States Magistrate Judge