DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
RYAN WELCH

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:23-CR-00123-JDP |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| RYAN WELCH, | |
| Defendant. | DATE: August 22, 2023<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED BETWEEN the parties by and through their counsel of record, as follows:

1. By previous order, this matter was scheduled for a change of plea hearing on August 22, 2023 at 2:00 p.m.

2. By this stipulation, the parties now jointly move to vacate this date and set the change of plea hearing on October 2, 2023 at 10:00 a.m.

3. Counsel for the defendant believes that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the current trial schedule of defense counsel. Counsel for the defendant also believes that failure to grant the above-requested continuance would deny the defendant continuity of counsel.

4. The government does not object to and joins in the request for a continuance.

5. Based on the above, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 11, 2023, to August 22. 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED:

DATED: AUGUST 18, 2023        /s/ David W. Dratman
                              DAVID W. DRATMAN
                              Attorney for Defendant
                              RYAN WELCH

DATED: AUGUST 18, 2023        PHILLIP A. TALBERT
                              United States Attorney

                              By: /s/ Heiko P. Coppola*
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney
                                  *Signed with permission

ORDER

IT IS SO ORDERED.

DATED: August 18, 2023        _____
                              HON. JEREMY D. PETERSON
                              United States Magistrate Judge