1  PHILLIP A. TALBERT
   United States Attorney
2  ALSTYN BENNETT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                          IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO.  2:23-CR-00123-JDP
12 |                           Plaintiff,   | STIPULATION REGARDING EXCLUDABLE
   |                                        | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |                     v.                 | [~~PROPOSED~~] FINDINGS AND ORDER
14 | RYAN WELCH,                            | DATE: October 2, 2023
   |                                        | TIME: 10:00 a.m.
15 |                           Defendant.   | COURT: Hon. Jeremy D. Peterson

16

17                                    **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for change of plea on October 2, 2023.

21        2.      By this stipulation, defendant now moves to continue the change of plea until November

22 6, 2023 at 10:00 a.m., and to exclude time between October 2, 2023, and November 6, 2023, under

23 Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25        a)      Counsel for defendant desires additional time to review the current charges and

26 investigate mitigation information.

27        b)      Counsel for defendant is currently preparing for trial in People v. Matthew Stoll,

28 Placer County Superior Court Case Number 62-173659, set on October 20, 2023 for trial

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT
                                        1

1   assignment the week of October 23, 2023.

2           c)      Counsel for defendant believes that failure to grant the above-requested

3   continuance would deny him the reasonable time necessary for effective preparation, taking into

4   account the exercise of due diligence.

5           d)      The government does not object to the continuance.

6           e)      Based on the above-stated findings, the ends of justice served by continuing the

7   case as requested outweigh the interest of the public and the defendant in a trial within the

8   original date prescribed by the Speedy Trial Act.

9           f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10  et seq., within which trial must commence, the time period of October 2, 2023 to November 6,

11  2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

12  T4] because it results from a continuance granted by the Court at defendant's request on the basis

13  of the Court's finding that the ends of justice served by taking such action outweigh the best

14  interest of the public and the defendant in a speedy trial.

15      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

16  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17  must commence.

18      IT IS SO STIPULATED.

19

20

21  Dated:  September 28, 2023                    PHILLIP A. TALBERT
                                                  United States Attorney

22

23                                                /s/ ALSTYN BENNETT
                                                  ALSTYN BENNETT
                                                  Assistant United States Attorney
24

25

26  Dated:  September 28, 2023                    /s/ DAVID W. DRATMAN
                                                  DAVID W. DRATMAN
                                                  Counsel for Defendant
27                                                RYAN WELCH

28

STIPULATION REGARDING EXCLUDABLE TIME                 2
PERIODS UNDER SPEEDY TRIAL ACT

1

2                                  **[~~PROPOSED~~] ORDER**

3          IT IS SO FOUND AND ORDERED this 28th day of September, 2023.

4

5

6          _____
           JEREMY D. PETERSON

7          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                  3
PERIODS UNDER SPEEDY TRIAL ACT