DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6738
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
RYAN WELCH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RYAN WELCH,<br><br>　　　　　　　　　Defendant. | 2:23-CR-0123 JDP<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING<br><br>DATE:　November 6, 2023<br>TIME:　10:00 a.m.<br>JUDGE:　Hon. Jeremy D. Peterson |

　　　　IT IS HEREBY STIPULATED BETWEEN the parties by and through their counsel of record, as follows:

　　　　1.　By previous order, this matter was scheduled for a change of plea hearing on November 6, 2023 at 10:00 a.m.

　　　　2.　By this stipulation, defense counsel moves to vacate this date and to set a status hearing on December 18, 2023 at 2:00 p.m. pending a dismissal based on proof that Mr. Welch is deceased.

　　　　3.　Counsel for the defendant believes that failure to grant the above requested continuance would not be in the interests of justice.

　　　　4.　The government does not object to and joins in the request for a continuance.

　　　　5.　Based on the above, the ends of justice served by continuing the case as requested

outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from November 6, 2023, to December 18, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED:

DATED: NOVEMBER 2, 2023        /s/ David W. Dratman
                               DAVID W. DRATMAN
                               Attorney for Defendant
                               RYAN WELCH


DATED: NOVEMBER 2, 2023        PHILLIP A. TALBERT
                               United States Attorney

                               By: /s/ Heiko P. Coppola*
                               HEIKO P. COPPOLA
                               Assistant U.S. Attorney
                               *Signed with permission

ORDER

IT IS SO ORDERED.

Dated:  November 3, 2023        _____
                                JEREMY D. PETERSON
                                UNITED STATES MAGISTRATE JUDGE