PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:23-cr-00123-JDP |
|---|---|---|
| Plaintiff, | ) | [Proposed] ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) | |
| RYAN LEE WELCH, | ) | DATE: December 18, 2023<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Jeremy D. Peterson |
| Defendant. | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:23-cr-00123-JDP without prejudice is GRANTED.

It is further ordered that the status conference scheduled on December 18, 2023, is vacated.

IT IS SO ORDERED.

Dated: December 15, 2023

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge